UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
JAMES, MICHELLE M § Case No. 10-53059
JAMES, ROBIN A §
§
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

  Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DAVID R. BROWN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
      CLERK, U.S. BANKRUPTCY COURT
      7th Floor, Federal Building
      219 South Dearborn Street
      Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:00 AM on 12/16/2011 in Courtroom 201,
      Will County Court Annex Building
      57 North Ottawa Street
      Joliet, IL  60432
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____   By: _____

DAVID R. BROWN
400 SOUTH COUNTY FARM ROAD
SUITE 330
WHEATON, IL 60187

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                §
                      §
JAMES, MICHELLE M     §     Case No. 10-53059
JAMES, ROBIN A        §
                      §
        Debtor(s)     §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 32,500.00 |
| and approved disbursements of | $ | 1,933.75 |
| leaving a balance on hand of[1] | $ | 30,566.25 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: DAVID R. BROWN | $ 4,000.00 | $ 0.00 | $ 4,000.00 |
| Attorney for Trustee Fees: SPRINGER, BROWN, COVEY, GAERTNER | $ 1,986.00 | $ 0.00 | $ 1,986.00 |
| Attorney for Trustee Expenses: SPRINGER, BROWN, COVEY, GAERTNER | $ 31.84 | $ 0.00 | $ 31.84 |

| | | |
|---|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ | 6,017.84 |
| Remaining Balance | $ | 24,548.41 |

_____
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 78,997.57 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 31.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | EQ Acquisitions 2003,assignee of Irwin C | $ 4,703.50 | $ 0.00 | $ 1,461.61 |
| 2 | Discover Bank | $ 11,801.12 | $ 0.00 | $ 3,667.19 |
| 3 | Von Maur Inc | $ 207.11 | $ 0.00 | $ 64.36 |
| 4 | Chase Bank USA, N.A. | $ 22,396.57 | $ 0.00 | $ 6,959.71 |
| 5 | Chase Bank USA, N.A. | $ 3,499.88 | $ 0.00 | $ 1,087.58 |
| 6 | Chase Bank USA, N.A. | $ 7,734.43 | $ 0.00 | $ 2,403.47 |
| 7 | FIA Card Services/Bank of America | $ 28,654.96 | $ 0.00 | $ 8,904.49 |
| | Total to be paid to timely general unsecured creditors | | $ | 24,548.41 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ David R. Brown

DAVID R. BROWN
400 SOUTH COUNTY FARM ROAD
SUITE 330
WHEATON, IL 60187

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010) *(Page: 4)*

United States Bankruptcy Court
Northern District of Illinois

```
In re:                                                        Case No. 10-53059-JHS
Michelle M James                                              Chapter 7
Robin A James
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: arodarte              Page 1 of 1           Date Rcvd: Nov 10, 2011
                               Form ID: pdf006             Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 12, 2011.
db/jdb       +Michelle M James,    Robin A James,     5605 S Quincy St,    Hinsdale, IL 60521-5156
aty          +Springer, Brown, Covey, Gaertner, & Davis LLC,    400 S Country Farm Road Ste 330,
              Wheaton, IL 60187-4547
16484892      Bank of America,    AAA Financial,    PO Box 851001,    Dallas, TX 75285-1001
16484893     +Bank of America-M. James,    Business Card,    PO Box 15710,    Wilmington, DE 19886-5710
16484894     +Bank of America-R.James,    Business Card,    PO Box 15710,    Wilmington, DE 19886-5710
16484895     +Chase,   Card Member Service,    PO Box 15153,    Wilmington, DE 19886-5153
16484896      Chase (Line of Credit),    PO Box 9001022,    Louisville, Ky 40290-1022
16484897      Chase Auto,    P.O. Box 901076,    Fort Worth, TX 76101-2076
17228426      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16551010     +EQ Acquisitions 2003, Inc. as assignee of Irwin,     Commercial Finance Corporation,
              50 Washington ST, 10th FL,    S. Norwalk, CT 06854-2710
16551023     +EQ Acquisitions 2003, Inc., as assignee of Irwin C,     50 Washington ST, 10th FL,
              S. Norwalk, CT 06854-2710
16484900     +GE Capital,    P O Box 740425,    Atlanta, Ga 30374-0425
16484901     +HJK Enterprises,    18680 Melrose Chase,    Eden Prairie, Mn 55347-3478
16484902     +Irwin Commercial,    EQA 2003 Irwin Portfolio,    PO Box 6214,    Indianapolis, IN 46206-6214
16484903      JP Morgan Chase,    PO Box 15153,    Wilmington, De 19886-5153
16484905      PNC Bank,    PO Box 856177,    Louisville, Ky 40285-6177
16484906      PNC Bank Mortgage,    400 Tradeport Blvd,    Suite 405,    Atlanta, GA 30354-2911
16484907    ++VON MAUR INC,    6565 BRADY STREET,    DAVENPORT IA 52806-2054
             (address filed with court:   Von Maur,    P O Box 790298,    St Louis, Mo 63179-0298)
17171772    ++VON MAUR INC,    6565 BRADY STREET,    DAVENPORT IA 52806-2054
             (address filed with court:   Von Maur Inc,    6565 Brady Street,    Davenport, IA 52806-2054)
16484908     +Winfield Bank,    27 W. 111 Geneva Rd.,    Winfield, Il 60190-2038
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16484898     +E-mail/Text: BK.Notifications@jpmchase.com Nov 10 2011 20:06:09     Chase Auto,
              P.O. Box 9001083,    Louisville, KY 40290-1083
16484899      E-mail/PDF: mrdiscen@discoverfinancial.com Nov 10 2011 21:39:20     Discover,    PO Box 15156,
              Wilmington, DE 19850-5156
17118560      E-mail/PDF: mrdiscen@discoverfinancial.com Nov 10 2011 21:39:20     Discover Bank,
              DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
17517110      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 10 2011 21:39:10
              FIA Card Services, NA/Bank of America,    by American InfoSource LP as its agent,    PO Box 248809,
              Oklahoma City, OK 73124-8809
                                                                                               TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16484904*      JP Morgan Chase,   PO Box 15153,   Wilmington, De 19886-5153
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 12, 2011**          **Signature:**  _Joseph Speetjens_