UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
JAMES, MICHELLE M § Case No. 10-53059
JAMES, ROBIN A §
§
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DAVID R. BROWN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____   By:/s/DAVID R. BROWN_____
                                                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Chase Auto P.O. Box 9001083 Louisville, KY 40290 |  |  |  |  |  |
|  | Chase Auto P.O. Box 901076 Fort Worth, TX 76101-2076 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | PNC Bank Mortgage 400 Tradeport Blvd Suite 405 Atlanta, GA 30354-2911 | | | | | |
| | PNC Bank PO Box 856177 Louisville, Ky 40285-6177 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID R. BROWN | | | | | |
| UNION BANK | | | | | |
| ` | | | | | |
| SPRINGER, BROWN | | | | | |
| MARTIN AUCTION SERVICES, L.L.C. | | | | | |
| MARTIN AUCTION SERVICES, L.L.C. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

UST Form 101-7-TDR (5/1/2011) *(Page: 4)*

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America AAA Financial PO Box 851001 Dallas, TX 75285-1001 | | | | | |
| | Bank of America-M. James Business Card PO Box 15710 Wilmington, DE 19886 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America-R.James Business Card PO Box 15710 Wilmington, DE 19886 | | | | | |
| | Chase (Line of Credit) PO Box 9001022 Louisville, Ky 40290-1022 | | | | | |
| | Chase Card Member Service PO Box 15153 Wilmington, DE 19886 | | | | | |
| | Discover PO Box 15156 Wilmington, DE 19850-5156 | | | | | |
| | GE Capital P O Box 740425 Atlanta, Ga 30374 | | | | | |
| | HJK Enterprises 18680 Melrose Chase Eden Prairie, Mn 55347 | | | | | |
| | Irwin Commercial EQA 2003 Irwin Portfolio PO Box 6214 Indianapolis, IN 46206 | | | | | |
| | JP Morgan Chase PO Box 15153 Wilmington, De 19886-5153 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | JP Morgan Chase PO Box 15153 Wilmington, De 19886-5153 |  |  |  |  |  |
|  | Von Maur P O Box 790298 St Louis, Mo 63179-0298 |  |  |  |  |  |
|  | Winfield Bank 27 W. 111 Geneva Rd. Winfield, Il. 60190 |  |  |  |  |  |
| 1 | EQ ACQUISITIONS 2003, INC., AS ASSI |  |  |  |  |  |
| 7 | FIA CARD SERVICES, NA/BANK OF AMERI |  |  |  |  |  |
| 4 | CHASE BANK USA, N.A. |  |  |  |  |  |
| 5 | CHASE BANK USA, N.A. |  |  |  |  |  |
| 6 | CHASE BANK USA, N.A. |  |  |  |  |  |
| 2 | DISCOVER BANK |  |  |  |  |  |
| 3 | VON MAUR INC |  |  |  |  |  |
| TOTAL GENERAL UNSECURED CLAIMS |  |  | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| | |
|---|---|
| Case No: 10-53059   JHS   Judge: JOHN H. SQUIRES | Trustee Name: DAVID R. BROWN |
| Case Name: JAMES, MICHELLE M | Date Filed (f) or Converted (c): 11/30/10 (f) |
| JAMES, ROBIN A | 341(a) Meeting Date: 02/01/11 |
| For Period Ending: 05/24/12 | Claims Bar Date: 07/07/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Petitioners own real estate residence located at 5 | 700,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash | 150.00 | 0.00 | DA | 0.00 | FA |
|   Debtor Claimed Exemption | | | | | |
| 3. Checking acct. at JP Morgan Chase | 300.00 | 0.00 | | 0.00 | FA |
| 4. Security deposit with COM ED | 150.00 | 0.00 | | 0.00 | FA |
| 5. Eight rooms household furniture, furnishings and s | 2,500.00 | 0.00 | | 0.00 | FA |
| 6. Misc. books, pictures discs. | 50.00 | 0.00 | DA | 0.00 | FA |
|   Debtor Claimed Exemption | | | | | |
| 7. Necessary wearing apparel ($200.00 each) | 400.00 | 0.00 | | 0.00 | FA |
| 8. Mink coat | 100.00 | 0.00 | DA | 0.00 | FA |
|   Debtor Claimed Exemption | | | | | |
| 9. Gun, Camera | 400.00 | 0.00 | | 0.00 | FA |
| 10. IRA American Funds | 795.00 | 0.00 | | 0.00 | FA |
| 11. IRA American Funds | 11,900.00 | 0.00 | | 0.00 | FA |
|   Debtor Claimed Exemption | | | | | |
| 12. Rainbow Press stocks - no value | 0.00 | 0.00 | DA | 0.00 | FA |
| 13. 1997 Bentley Turbo R (42,000 miles) | 25,000.00 | 20,200.00 | | 32,500.00 | FA |
| 14. 2003 Honda Civic Sl (75,000 miles) | 4,600.00 | 250.00 | | 0.00 | FA |
| 15. 2011 Subaru Outback | 21,000.00 | 21,000.00 | | 0.00 | FA |
| 16. 2008 Subaru Tribeca | 20,000.00 | 20,000.00 | | 0.00 | FA |
| INT. POST-PETITION INTEREST DEPOSITS (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)        $787,345.00        $61,450.00        $32,500.00        $0.00

(Total Dollar Amount in Column 6)

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 10-53059   JHS   Judge: JOHN H. SQUIRES | Trustee Name: DAVID R. BROWN |
| Case Name: | JAMES, MICHELLE M | Date Filed (f) or Converted (c): 11/30/10 (f) |
| | JAMES, ROBIN A | 341(a) Meeting Date: 02/01/11 |
| | | Claims Bar Date: 07/07/11 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

final report filed. Funds in process of distribution

Initial Projected Date of Final Report (TFR): 10/30/11        Current Projected Date of Final Report (TFR): 10/30/11

LFORM1
**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

Ver: 16.06b

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-53059 -JHS | Trustee Name: | DAVID R. BROWN |
|---|---|---|---|
| Case Name: | JAMES, MICHELLE M | Bank Name: | Union Bank |
| | JAMES, ROBIN A | Account Number / CD #: | *******1515 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******1091 | | |
| For Period Ending: | 05/24/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/11/11 | 13 | Martin Auction Services, LLC 9515 Texas Church Road Clinton, IL 61727 | | 1129-000 | 32,500.00 | | 32,500.00 |
| 05/25/11 | | Transfer to Acct #*******1549 | TRANSFER TO WRITE CHECKS | 9999-000 | | 1,860.00 | 30,640.00 |
| 10/19/11 | | Union Bank | bank charges | 2600-000 | | 73.75 | 30,566.25 |
| 11/10/11 | | UNION BANK | BANK SERVICE CHARGE | 2600-000 | | 73.75 | 30,492.50 |
| 12/23/11 | | Transfer to Acct #*******1549 | Final Posting Transfer | 9999-000 | | 30,492.50 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 32,500.00 | 32,500.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 32,352.50 | |
| Subtotal | 32,500.00 | 147.50 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 32,500.00 | 147.50 | |

Page Subtotals 32,500.00 32,500.00

Ver: 16.06b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

FORM 2

Page: 2

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-53059 -JHS | | Trustee Name: | DAVID R. BROWN |
| --- | --- | --- | --- | --- |
| Case Name: | JAMES, MICHELLE M | | Bank Name: | Union Bank |
| | JAMES, ROBIN A | | Account Number / CD #: | *******1549 Checking Account |
| Taxpayer ID No: | *******1091 | | | |
| For Period Ending: | 05/24/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/25/11 | | Transfer from Acct #*******1515 | TRANSFER TO WRITE CHECKS | 9999-000 | 1,860.00 | | 1,860.00 |
| 05/25/11 | 000101 | MARTIN AUCTION SERVICES, L.L.C.<br>9515 Texas Church Road<br>Clinton, IL 61727 | Fees and Expenses to Auctioneer<br>Sale of Bentley | | | 1,860.00 | 0.00 |
| | | | Fees 1,625.00 | 3610-000 | | | |
| | | | Expenses 235.00 | 3620-000 | | | |
| 12/23/11 | | Transfer from Acct #*******1515 | Transfer In From MMA Account | 9999-000 | 30,492.50 | | 30,492.50 |
| 12/23/11 | 000102 | DAVID R. BROWN<br>400 SOUTH COUNTY FARM ROAD<br>SUITE 330<br>WHEATON, IL 60187 | Chapter 7 Compensation/Expense | 2100-000 | | 4,000.00 | 26,492.50 |
| 12/23/11 | 000103 | EQ Acquisitions 2003,assignee of Irwin C<br>50 Washington ST, 10th FL<br>S. Norwalk, CT 06854 | Claim 1, Payment 33.53588% | 7100-000 | | 1,577.36 | 24,915.14 |
| 12/23/11 | 000104 | FIA Card Services/Bank of America<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 7, Payment 33.53583% | 7100-000 | | 9,609.68 | 15,305.46 |
| 12/23/11 | 000105 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 2, Payment 33.53580% | 7100-900 | | 3,957.60 | 11,347.86 |
| 12/23/11 | 000106 | Von Maur Inc<br>6565 Brady Street<br>Davenport, IA 52806-2054 | Claim 3, Payment 33.53773% | 7100-900 | | 69.46 | 11,278.40 |
| 12/23/11 | 000107 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 4, Payment 33.53585% | 7100-900 | | 7,510.88 | 3,767.52 |
| | | | Page Subtotals | | 32,352.50 | 28,584.98 | |

Ver: 16.06b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-53059 -JHS | | Trustee Name: | DAVID R. BROWN |
|---|---|---|---|---|
| Case Name: | JAMES, MICHELLE M | | Bank Name: | Union Bank |
| | JAMES, ROBIN A | | Account Number / CD #: | *******1549 Checking Account |
| Taxpayer ID No: | *******1091 | | | |
| For Period Ending: | 05/24/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/23/11 | 000108 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Claim 5, Payment 33.53572% | 7100-900 | | 1,173.71 | 2,593.81 |
| 12/23/11 | 000109 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Claim 6, Payment 33.53589% | 7100-900 | | 2,593.81 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 32,352.50 | 32,352.50 | 0.00 |
| Less: Bank Transfers/CD's | 32,352.50 | 0.00 | |
| Subtotal | 0.00 | 32,352.50 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 32,352.50 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account (Interest Earn - ********1515 | 32,500.00 | 147.50 | 0.00 |
| Checking Account - ********1549 | 0.00 | 32,352.50 | 0.00 |
| | 32,500.00 | 32,500.00 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals      0.00      3,767.52

Ver: 16.06b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*